IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00478-BNB

CLINTON T. ELDRIDGE,

    Applicant,

v.

D. BERKEBILE, Warden,

    Respondent.

MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on the letter filed on March 3, 2014 (ECF No. 10), in which Applicant moves to amend, correct, and modify the Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 he filed on February 24, 2014 (ECF No. 1). The motion is **DENIED**.

    Applicant will be allowed **twenty-one (21) days from the date of this order** to file a final amended Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 on the Court-approved form that incorporates all his desired changes and any information he wants to incorporate from the "Motion to Proceed With Habeas Corpus for Credit for Time Serve[d]" filed February 24, 2014 (ECF No. 5), which the Court **DENIES** by the minute order. Applicant should not file any document separate from the final amended Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 he is being directed to file. Failure to comply with the directives of this minute order may result in the dismissal of the instant action.

    To the extent the order entered on February 25, 2014 (ECF No. 7) directed Respondent to file a preliminary response within twenty-one days, the order is **VACATED** at this time. That portion of the February 25 order granting Applicant leave to proceed *in forma pauperis* is not vacated.

Dated: March 5, 2014