IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00478-LTB

CLINTON T. ELDRIDGE,

    Applicant,

v.

DAVID BERKEBILE, Warden,

    Respondent.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on May 29, 2014, it is hereby

ORDERED that Judgment is entered in favor of Respondent and against Applicant.

DATED at Denver, Colorado, this 29th day of May, 2014.

    FOR THE COURT,

    JEFFREY P. COLWELL, Clerk


    By: s/K Lyons
        Deputy Clerk